[[ Courts of Criminal Appeals ]] of Texas          81,352-01

EX PARTE
Allen Pena
Petitioner / plaintiff

V.

The State of Texas

Defendant / Respondent

RECEIVED IN
COURT OF CRIMINAL APPEALS
JAN 28 2015
Abel Acosta, Clerk

[C.C.A.] No.] : [ WR-81,352-01 ];

[TRIAL] COURT ] CAUSE No.] : [ 11-CR-3337-& ];

[ Clerk ]

**MOTION DENIED**
DATE: 2/4/15
BY: _____

[ ORDER of Authority : [ 28 U.S.C. § 1915 ];

[ I. ]

[A.]
    [ UNDER "... the " - [ ABOVE ] Styled ] - [ ORDER of " [ Authority ] , the " petitioner " - [ is "... [ PROCEEDING " - [ in " ; said " Court " - [ with " - [ GENUINE ] - [ political ] - [ JUDICIAL ] - [ ISSUES ] - [ that " - [ REVOLVE ] ... AROUND " - [ ILLEGAl ] ACTS ] . AND " - [ BEING " - [ that " - [ the " plaintiff " - [ is " [ CURRANTLY " - [ WITH' ] OUT ] - [ FINANCIAL ] - [ MEANS ] ... HE " - [ REQUEST " - [ SAID " COURT " - ... [ immediately " - [ ISSUE ] - [ A ] ; [ ORDER " - [ mandating " , [ the CLERK " - [ TO "... SERVE " - [ A ] - [ CORRECT ] Copy ] ... TO " the " [ opposing " ] party ] - [ that " ... will " - [ BE " - [ mentioned " [ HEREIN " [ IN . [ SAID " - [ notiCE ] ".

[B.]     [ CLERK " - [ PLEASE " - ▮▮▮▮ [ Advise ] - [ the " COURTS " - [ of " - [ the " - [ ABOVE " ... foregoing " [ AND " - [ Also ] ... PLEASE " - [ File ] ... the ENCLOSED - [ motion ] _ [ LABLED / TITLED ] :

    " [ motion FOR mandating A PROCEDURAL ASSERTIVENESS of unConstitutional [ GROUNDS in WHICH will Adequately incorporate A motion to VACATE ; SET ' ASIDE OR [ CORRECT the SENTENCE ] "

[C.]     [ CLERK " - [ PLEASE " - [ Also " - [ further " - [ Advise ] ... SAID " - [ that " - [ the " petitioner " [ is " - [ CURRANTLY " - [ in " - [ A ] - [ 2254 ] - [ HABEAS ] CORPUS ] -- [ PROCEEDING ] " AND " - [ SUCH " - [ is " - [ further " - [ STRESSED " ... in " ; said " [ motion ] ;

[ SEE : [ Allen PENA V. William Stephens , in the UNITED STATES DISTRICT COURT - [ FOR the SOUTHERN DISTRICT of TEXAS / CORPUS CHRISTI DIVISION ; Civil DISTRICT [ ACTION [ CASE No. ] : [ 2 : 14 - CV - 00334 ].

[D.] [ CLERK " - [ furthermore " - [ PLEASE " - [ Also " - [ Advise ] ; [ SAID " - [ COURT ] " - [ not ] to "

iii.

["RENDER" -["AN]-[ADEQUATE]-[LITIGATIVE]-[PROCEEDING"' -[CONCERNING"'-["SAID"'-[MOTION]-["WOULD"'-[INFACT]-["BE"'-["VIOLATING"' ; SAID"' PETITIONER'S"' [SUBSTANTIAL]RIGHTS] ... ["AND"'-[SUCH]"' ...[VIOLATION] - is"'- [INFACT]"' ... ["AN] ; [ILLEGAL][omission] ... REFLECTING"'-["AN] ; [ILLEGAL] OFFENCE]""'"'- ["INWHICH"'-["IS"' - INJURING"'-["SAID"' COURTS"' -["INTEGRITY] ... TO"'-["RENDER"'-["AN"'- [OBLIGATION"'' -["THAT"'... is"'- [PROTECTING"' ... the"' UNITED STATES [Constitution].

## [[I.]]

["E] [[C.C.]] ; [CORRECT] COPY] ; [PLEASE]SEND]TO"' ;

JAMES ODELL
DISTRICT ATTORNEY
LITIGATIVE PROCEEDINGS
DISTRICT ATTORNEY'S OFFICE ; ROOM #206
  901 LEOPARD St.
CORPUS CHRISTI ; TEXAS 78401
[TEl. 361 - 888 - 0410 .
[FAX. 361 - 888 - 0399 .


ALLEN PENA
1790277
J. V. ALLRED UNIT
2101 FM. 369 N.
IOWA PARK ; TEXAS 76367

## [[II.]]

[F]
    ["SAID"' CLERK ; AND"' COURT ; -[the"' plaintiff"' - is"' - VERY"'-[thankful]"' ... [FOR"' ... YOUR"' -[COOPERATION] ... iN -[this"'- LITIGATIVE"'-[MATTER]. [PLEASE"'- [FILE]"' ... [ACCORDING ... TO ; [PRO SE] EXECUTION -[DATE] BELOW].

[ ENDORSE PROOF of SERVICE
    RETURN SERVICE RESPECTFULLY
      REQUESTED ]

RESPECTFULLY SUBMITTED
ALLEN PENA
T.J.C.J. No.1790277
PETITIONER, PRO SE
J. V. ALLRED UNIT
   2101 FM 369 N.
IOWA PARK ; TEXAS 76367

[[28 U.S.C. § 1746 ]EXECUTED on ; 01-19-15.
iii .

[Courts of Criminal Appeals]
of Texas

[C.C.A.][No.]:[WR-81.352-01]
[Trial][Court][Cause No.]:[11-CR-3337-G];

EX PARTE
ALLEN PENA;
PETITIONER / plaintiff
V.

THE STATE of TEXAS;
defendant / respondent

Motion for"[mandating"-[A]procedural[assertiveness]
of"[unconstitutional] Grounds] -[in WHiCH" will"
Adequately[incorporate]"-[A] motion to [vacate]
[set'aside] or"[correct] the"[sentence].

[order of":[Authority]:[28 U.S.C. § 2255].]

[I.[Genuine] material" [fact] issues]".]

[A.]  [in"-[said"-[Habeas]petition]. the" petitioner"-[clearly"-[points']-out]. [the"-[clear"-
[unconstitutional]:[plain[errors]"...[on"-[behalf"...of"-[an];[illegal]restraint]"-[and"-[a];
[violation]...of":[substantial][rights]. and"-[such]"-[unconstitutional][plain[errors]...are"-
[plaintiff"'"-[and"'-[such]-[reflects"...[a"-[severe];[injury]...To"-[the" united states";
[Constitution]. [and"-[thus"...[Constitutes]":[a]"-[very"-[grave]'miscarriage""]...of":[justice]-
[which"-[is"-[resulting"'-[into]-[a]"-[federal-[fundamental]-[Constitutional]:[error]"...
[and"-[such]"... is"-[the"-[only"-[question]...that"-[truly"'-[matters"';
[fundamental]:[unfairness]?]

[under". [the"[Bylaw]"-[provisions]-[pursuant]...To"';[28 U.S.C. § 2254.[d].
[SEE;[Harrington V. Richter; 131 S.Ct. 770, 785 [2011]. -[quoting"'-/Terry;
[SEE;[William V. Taylor; 529 U.S. 362,412 [2000];[28 U.S.C. § 2254].[d].[West][2011]
[SEE;[Richter; [At] 786.
[SEE;[Richter; [At] 786-87.
[SEE;[28 U.S.C. § 2254.[e].[1].
[SEE;[Hamilton V. Segue Software; inc; 232 F. 3d. 473. 477 [5th Cir. 2000].

[B.]  [the"[clear"]errors]...of"-;[fundamental]-[federal]-[unconstitutional]errors]"'
[are"-[in fact]"...[disputed"'-[and"-[Contended"-[sufficiently"'. [by"...said"-[petitioner"'-[in WHiCH
[Constitutes"'; said"' plaintiff's"-[unconstitutional]-[claims]/[Grounds]...To"-Be'-[Adequate"
[for"-[further"-[litigative"-[proceedings"'. [being"'-[that"-[demonstratively"'...[the" petitioner
[set'forth"-[unconstitutional] claims"'-[within"-said"'-[C.C.A.][No.] - [in WHiCH"'-[such"'-
[Adequately"'-[encourages"'. said" court"'-[to"'-[mandate"-[a]-[sufficient]"'- declaration"'...
[governing":[the" plaintiff"'-[Adequately"'-[Bypassing"'-[the"'-[default"-[procedural]"'

1.

[safe'][guard], due"...To" - [the"-[mere"-[logical]-[apparent]"...fact"-[that"-[the"-[unconstitutional]:[claims]"...[the" plaintiff"-[has"-[infact]-[accentuately"-[formulated"-[are"-[infact]-[litigatively"-[genuinely"-[intellectually"-[analyzed"-[sophisticately"-

[By" holding"-[such"-[grounds"'-[to'be"[a][probable]"'- [_] manditory"-[prerogative"-[in"']-light]...of";[constitutional] law]"-[inwhich"-[adequately"-[constitutes"[such"'-[genuine]claims"'...[to"'-be'...[simply"-[debated"-[upon"-[accordingly"'-[among"...[reasonable"';[jurors]/jurist, and"-or":[justices/[fact[finders]...[being"-[that"-[such"'-[grounds]-[merely"-[adequately"'[challenge"'-[fundamental]errors]"...that"-[are"[infact]...[reflecting"-[illegal]acts/[omissions]...of"-[a]"...fundamentally"-[unfair"-[prejudicial]:[trial]"-[and"-[such]-[logically"[reflects"...[that"-[no]:[reasonable'-[minded]"-;[jurist/[fact[finder]...would'have"-[possiblely"-[rendered"-[a];[guilty]-[verdict]"...upon"[said"[cause[no.] ▓▓▓▓ [if"-[such]...[illegal]acts]...[where"'...[contended]"-[properly"-[the" petitioner's"-;[counsel]-[at"-[the]-time"...of":[trial]-[inwhich"'-[simply"-[arises"'-[their[minded];

[disagreement]"'.

[see:[murray v. carrier, 477 u.s. 478, 485 [1986].
[see:[ woodford v. visciotti, 537 u.s. 19, 27 [2002].
[see;[richter, [at]786.[quoting]; yarborough v. alvarado, 541 u.s. 652, 664 [2004]
[see;[engle v. isacc, 465 u.s. 107, 129 [1982].
[see;[wainright v. sykes, 433 u.s. 72 [1977].
[see;[coleman v. thompson; 501 u.s.[at]750.

[II. discussion];

[C.]

[the" petitioner"-[has"-[infact]"-[demonstratively"-[accentuated]-[an"-[adequate"'-[defacto]-[attribution]...that"-[is"-[sufficient]-[to"'-[abeyance"'-[the"[exaustion]...and"...[procedural]-[safe'][guards]"',and"'-[thus"-[the"-[reason]-[for"...[the" respondent"-[commiting"';[illegal]acts/omissions]...[that"'-[infact]"-[revolve"-[around"';[perjury]-[and"-[such]-[unethical]misconduct]...[clearly"-[out']-lines]".[the"';[prejudicial]-[illegal]acts]"-[that"]...[are"-[infact]"-[revolving"-[around"-[within"-[said"[c.c.a.]no.]-[inwhich"'-[logically"-[points'-out]...[the" defendant's"-[necessity"-[to"-[further"-[comit]"[illegal]omissions]...and"-[such]-[is"-[only"-[obviously"-[accumulating"...[the" clear"';[plain]errors]...[revolving"-[around"[said"[c.c.a.]no.]...and"-[thus"-[logically"-[reflects]-[an"']-[adequate]-[encourragement]...of"-[further"-[litigative]proceedings]"-[inwhich"...[is"-[reasonablely"-[why", the" plaintiff"[exercises]...his"-[exclusive][fundamental]-[right]...of";[due]process]"[by"-[said"-[styled"-[legal]action],[being"'...[that"-[such"'-[is"-[an]-[adequate]";[legitimate]action]...for"-[trying"'-[to"'-[remedie]"'[the"'[illegal]omissions]...[that"-[have"-[infact]-[taken']-place]"...[within"';[said"'-[c.c.a.]no.][which"'-[merely"-[reflects"';[the" petitioner"-[atempting"...To"';[ensure]justice]-

2.

[for" ,[the" ;[illegal]-[plain]ERRORS] ...that"-[HAVE"-[infact]-[illegally"-[Bypassed"'-[procedural]'shfe-guards]"-[which"...███████[is"-[infact]... ; [prohibited"-[By"-[united"-States ;[law]...[and]-so]"-[for"-[said"-court"-[not"-[to'..[exercise"'-[thiere"[exclusive"-[jurisdictional] ;[empowerment]"...to". [remedie]"-[such] ;[illegal]-[omissions]-[would"'-[infact]"...[be" ;[unconstitutional"' [inwhich"...[reflects"-[such]-[unconstitutional'ness]...to' Be"-[infact]-[an] ;[[illegal]-[offense"'...that"-[is"-[violating"'-[the" Courts"-[mandatory"-[obligation]...To"'-vphold... [Constitutional]law].

[SEE ;[28 v.s.c.§ 2254 ;[E].[1].

[SEE ;[slack v. mcdaniel ; 529 v.s. 473 ;484 [2000]

[SEE ;[28 v.s.c.§ 2254 ,[C].[2].

[SEE ;[slack ; 529 v.s.[At] 484].

[SEE ;[Houser v. Dretke ; 395 F.3d 560 ;562 [5th cir. 2004].

[SEE ;[ex parte Bravo ,702 s.w.2d 189 ; 193 [Tex.crim.App. 1982]

[SEE ;[ex parte mccain ; 67 s.w.3d 204 ; 207 [Tex. crim. App. 2002].

[II. [sufficient]Grounds"for" ;[relief] .] ;

[D.]

[see ; [plaintiff's"-[2254]-[federal]-[HHBEHS] petition]... under"'-[Civil]District]-[Action] [CASE] No.] ;[2:14-cv-00334]-[filed"-[in the united states district court -[for" the" - [Southern] district] of"[Texas] / [Corpus]Christi] Division] ... inwhich"-[Adequately"'- [Governs]"-[all]-[litigative] doors]...To"-[reopen]-[under"' :

[SEE ;[28 v.s.c.§ 2251 ;[b] .

[The state's"-[Relitigation]DEFENSE]-[Absolutely"'-[deficient"-[under"':

[SEE ;[28 v.s.c.§ 2254 ;[d].[1].

[SEE ; [Russell v. Rolfs ; 893 F.2d 1033 ; 1035 ; n.3 [9th cir. 1990]

[SEE ; [●Pirtle v. Morgan ; Nos. 01-99012 . 01-99013 [Consolidated] ; slip op. [At] 17 ;2002 [U.S. App. Lexis 26208 [At] 20-21 [9th cir. Dec. 19 , 2002].

[The state's"'-[double]jeopardy] defense]-[absolutely"'-[deficient]-[under"':

[Note ;[Block]Burger] Test] :

[SEE ;[Harris v. oklahoma ; 97 s.ct. 2912 .

[SEE ;[Whalen v. u.s. 100 s.ct. 1432 .

[SEE ;[ u.s. v. Greene ; 160 u.s. add. d.c. 21 ;34 ;489 F.2d 1145 .

[SEE ;[ Bell v. u.s. 75 s.ct. 620 .

[The state's-[I.C.A] defense]-[Absolutely"'-[deficient]...[under" :

[SEE ;[Attachment] No.] 1]-[separate] memorandum]. Argument and"[Genuine]facts] [supporting] Ground] No.8] /[Declaration]

[SEE ; [I.C.A]claim]/strickland] -[Hawkins] v. Hannigan ; 185 F.3d 1146 ;1152][10th cir. 1999]

3.

[[]] [[SEE : [[Constitutional]] AMENDMENTS] : 1st, 5th, 6th - [[And]"" 14th.
[[SEE : [[FED. R. Civ. P. 51, [[d]7, [[2]].
[[SEE : [[FED. R. Civ. P. 61.

[[ACCORDingly"" ...[[federal]] constitutional]] - Statutes, RULES, PROCEDURE - [[And]" - [[litigative]] [[PRECEDENT] ...RENDER"" - [[An]] ...ORDER"" - [[CONTAINING]"" - [[HABEAS] RELIEF], And"" - [[Such] ...RELIEF"" [[will]] - [[merely"" - [[SUSTAIN], And"" - [[REMEDIE], the"" - [[united States [[Constitution], And""" [[SAid"" ...[[plaintiff's ; [[SUBSTANTIAL] RigHtS].

## [[IV. Conclusion and PRAYER]] ;

[[E.] [[the"" petitioner""" - Simply"" - [[REQUEST, And"" PRAYERS""" - [[SAid]" - Court ...To"; [[GRANT] ...SAid"- [[Styled] motion] , [[due"" ...To - [[the"" ; [[illegal]omissions] ...[[REVOLVing"" - [[Around] ...within"" ...[[SAid"" [[C.C.A. No.] - [[which"" ...is"" - [[wrongfully"" - [[wantonly"" - [[oppressively"" ...[[causing" - [[An"" - [[extantively"" - [[illegal] ; [[injury] ...To"" [[the united States [[Constitution] ...[[And" ...[[SAid" - [[plaintiff's"" ; [[SUBSTANTIAL] RigHtS].

RESpectfully SubmiTTED
Allen PENA
T.d.C.J. No. 1790277
PETiTiONER; PRO SE
JAMES V. Allred Unit
2101 FM · 369 N.
IOWA PARK ; TEXAS 76367

[[28 U.S.C. §1746[EXECUted on: 1-19-15

## [[V. Affirmation]]
UNDER
oAth ]]

[[F.] [[i"" [[HEREBY"" [[ACKNOWLEDGE, Affirm; And"" - [[SWEAR] - UNDER""" - [[penalty] ...of"" ; [[perjury]"" .foR"" [[All] of"" - [[the"" foreGoing"" - [[To"" - Be' ; [[TRUE] ...And"" - [[CORRECT].

RESpectfully SubmiTTED
Allen PENA
T.d.C.J. No. 1790277
PETiTiONER; PRO SE
JAMES V. Allred unit
2101 FM 369 N.
IOWA PARK, TEXAS 763...

[[28 U.S.C. §1746[EXECUTED on: 1-19-15

## [[VI. CERTIFICATION]] ;

[[G.] [[in"" [[Compliance"" ...With""" TEXAS APPELLATE RULES; And""" PROCEDURE 73.3 - [[I" HEREBY"" CERTIFY"" [[thAt"" - [[the"" [[No.] of"" - [[WORDS] ...in this"" - [[Styled" - [[LEGAL[Action] is ; 824.

[[28 U.S.C. §1746[EXECUTED on: 1-19-15

RESpectfully SubmiTTED
Allen PENA
T.d.C.J. No. 1790277
PETiTiONER ; PRO SE
JAMES V. Allred unit
2101 FM 369 N.
IOWA PARK, TEXAS 76367

4.

[VI. certificate of service]:

[H.]

[I" HEREBY"-][certify"...][hat"-][A]"-[TRUE]"...and"-[correct][copy]"...[of"-[the"-[foregoing"-][styled"-][legal][action]"...was"-[mailed"...to"-[the"-[opposing"-][party"-[on"...the"[executed]date"-[below]"...and"-[such"...was"-[mailed"-[via]"...[pre'paid"...[first-class"-[postage"-[U.S. certified-[mail].

RESpectfully SUBmitted:
Allen PENA
T.d.C.J. No. 1790277
Plaintiff, PRO SE
JAMES V. Allred Unit
2101 FM 369 N.
Iowa PARK, TEXAS 76367

[28 U.S.C. § 1746] EXecuted on: 1-19-15

4.1.

[VIII.] [COURTS OF CRIMINAL APPEALS] of TEXAS

[C.C.A.] [No.] : [WR-81,352-01]
[TRIAL] COURT [CAUSE No.] : [11-CR-3337-8]

[I.]

EX PARTE
ALLEN PENA
PETITIONER / plaintiff;

V.

THE STATE OF TEXAS
DEFENDANT / RESPONDENT;

[ORDER];

[AFTER] [ACKNOWLEDGING]; AND [FINDING] - [A] Conclusion] ... of : [multiple] [Violations] ... To [the UNITED STATES [Constitution]; AND - [To] - [SAID] ... plaintiff's : [SUBSTANTIAL] RIGHTS] ... THIS - COURT - [So] : [ORDERS] ... SAID - [motion] ... To BE - [GRANTED] ... WITH - [A] - [ADEQUATE] - [MANDATE] - [RENDERING]; [the petitioner] ... [APPOINTMENT] of [Counsel] ... FOR - [HABEAS] - CORPUS] - [EVIDENTIARY] - PROCEEDINGS

[deSpotion] IS - [THIS] - So ORDERED.

EXECUTED ON:
5.

[HONORABLE] JUDGE PRESIDING

[C.C.A][No.] [WR-81,352-01]

[TRIAL][COURT] CAUSE No.] : [11-CR-3337-6]

EX PARTE
ALLEN PENA
petition / plaintiff
V.
THE STATE of TEXAS
defendant / RESPONDENT

[DECLARATION]
Adequately'''' incorporating - [A] SEPARATE]
MEMORANDUM . ARGUMENT and'' [GENUINE]
FACTS''[SUPPORTING][GROUND] No. 8 ] -
INEFFECTIVE COUNSEl of TRIAL

[DECLARANT , PRO SE] :
ALLEN PENA

[I. [GENUINE] FACT''[ISSUES] ] ]

[A.] [.THE'' DECLARANT'' - [STATE'S'' - [TRUTHFULLY'' - [IN'' ... the''[INTREST] ... of'' : [JUSTICE] ... that'' - :

[THE''' PETITIONER''' - [SUFFICIENTLY'' - [AND'' - [CORRECTLY''' - [EXECUTES'' , the'' STANDARD'' - [PRONGS] - SET' OUT '' ... IN'' : [STRICKLAND] ... for''' - [PROPER'' - [ANALYSIS''' ... of'' : [INEFFECTIVE] COUNSEL] [of'' : [TRIAL] ... [BEING''' - [that'' . [the'' plaintiff's''' - [COUNSEl]'' - [DELIBERATELY'' - [failed]''' To'' [SECURE] and'' [PROTECT] . [THE'' PETITIONER'S''' - [SUBSTANTIAL][RIGHTS]'' - [of'' - and'' - [FOR'''[EFFECTIVE] [COUNSEl] . [IN WHICH''' - [FURTHER'' - [DEPRIVED'' . [the'' plaintiff'' - [of'' : [LIBERTY , [JUSTICE] , and''' [EQUAL][RIGHTS] ... [BEING'' - [that'' - [the''- [PETITIONER''' - [did] - [in fact] ▮▮▮▮▮ [POSSESS] ... [ADEQUATE] - [REMEDY]'''' - At'' [LAW] - [At'' - [the] - [TIME' of '' : [TRIAL] - [HAD'' - [the'' plaintiff's'' [COUNSEl] - [APPROPRIATELY''' : [OBJECTED]'' ... AND'' - OR''' - [MOVED ... into'' - [AN]''' : [APPROPRIATE] - ... [Litigative] ACTION] - [IN WHICH''' ... the'' [PETITIONER'' - [WOULD''' ... [HAVE] - BEEN'' - [GIVEN] : [RELIEF]

[WHEN''' - [the'' STATE'' PROSECUTOR''' - [KNOWINGLY''' - [DELIBRATELY'' - [STARTED''' - [To'' - [ENGAGE] [in''' : [PROSECUTORIAL] misCONDUCT] / WITH' HOLDING] . [EVIDENCE]'' - [that] '' - [WAS''' - [CONCERNIN''' ... [A] : [FORMER] TRIAL]'' . [IN WHICH ''' - [WAS''' - [in fact] ... linked '' - [To'' - [the'' - [CURRANT][CHARGE] - ▮▮▮ [AND'' - [THUS''' - [Constituted''' - [COUNSEl'S'' - [INEFFECTIVENESS''' ... To'' - [REFLECT] - [A] - SEVER'' [ERROR] ...

[SO''' - [AS''' - [To'' - [MERELY''' - [SIMPLY''' - [DEPRIVE''' [the'' PETITIONER''' - [of'' : [FREEDOM] [AND'' - [SUCH'' - [AN] : [INEFFECTIVE] - [PLAIN][ERROR] ... AlSO'' - [SIMPLY''' - [REFLECTED''' [COUNSEl'S'' [ACTIONS''' - [To'' - BE' : [PREJUDICIALLY] BIAS]''' ... [BECAUSE'' - [COUNSEl] - [COULD' HAVE''' - [OBTAINED] [A] - [VERY''' - [DIFFERENT] - [OUT']COME] - [FAVORABLE]''' ... To'' . [the'' plaintiff''' - [BUT'' - [APPARENTLY''' [COUNSEl'S''' - [DELIBRATE] - INTENTIONS''' - [WHERE''' - [To''' : [FAIL] ... IN DOING' SO'' - [AND'' - [THUS''' [REFLECTS''' - [COUNSEl'' ... [NOT'' - [WANTING''' ... To'' - VIEW'' - [the'' - [CASE] ... IN'' : [HINDSIGHT] [IN WHICH''' - [SUCH] - [Constitutes''' - [COUNSEl] - [To'' - BE' : [UNCONSTITUTIONAL] - [INEFFECTIVE]''' [AND'' - [SUCH] - is''' - [ESPEACIALLY''' - [So''' ... WHEN''' - [COUNSEl''' - [WANTONLY''' - [LET''' - [the''

[State" - [prosecutor" - [deliBRately" - [coerce] " - [All" ... of" -[the" - [State" [witnesses" ... [To" - [render" - [A] ; [preJudicial] untruthful" - [Testimony] " - [And" - [such] - [reflects" ... the" - [State" [prosecutor" - [being" - [an" ; [Accomplice] ...

[To" ; [perjury] " ... inwhich " - [logically" - [constitutes" ; [ineffective]'- [counsel] ... of" ; [Trial].

[II. Affirmation under oath] ;

[B.]
[i" HEREBy" - [declare" - [under" - [penalty" ... of" ; [ PERJURY] ... for" - [All" ... of" - [the" - [foregoing" ... To' Be" - [genuinely" - [true] ... And" - [correct] .

3

[28 U.S.C. § 1746] Executed on : 1-19-15 .

Respectfully submitted

Allen Pena
T.d.C.J. No. 1790277
Petitioner, pro se
James v. Allred unit
2101 FM 369 N.
Iowa park, texas 7636

ij